UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-                                            1:06-CV-1189 (LEK)

ARIEL ARELLANO, *a.k.a.* ARELLANO ARIEL,

                    Defendant.

## DECISION AND ORDER

        The Court has received submissions from Defendant in the above-captioned matter. Although the papers are not clear, the Court understands them to be a Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2255. As such, the Court directs the Clerk of the Court to file and docket the submissions as such.

        However, the Court has reviewed the papers and Defendant/Petitioner's claims, and following such review denies the § 2255 Petition in its entirety.

        Therefore, upon assigning a Civil Case Number to Defendant/Petitioner's Petition, the Clerk shall enter this Order denying the Petition, and shall subsequently close the case without further Order of this Court.

        Based on the foregoing, it is hereby

        **ORDERED**, that the Clerk of the Court shall **FILE and docket** Defendant/Petitioner's submissions as a **Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2255**; and it is further

        **ORDERED**, that upon assigning a Civil Case Number to Defendant/Petitioner's Petition, the Clerk shall file this Order **DENYING the Petition**, and shall subsequently **CLOSE the case**

**without further Order of this Court**; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:      October 05, 2006
            Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge